Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

AT&T, Bell, Spokesman
Investor of City of Omaha Allocations
Wolter Anderson Holloway

Civil → Division

)
)
) Case No. 8:22cv259
) *(to be filled in by the Clerk's Office)*
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Jury Trial: *(check one)* ☐ Yes ☐ No

-v- Non Guidance of
Goods & Services MEGA Tower
Cell-Phones Electric Shock To Pay Phones

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.) SAMSUNG / Verizion Pays Plus
T-Mobile, Boost Mobile

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Wolter A. Holloway
Street Address: 3030 Meredith Ave
City and County: Omaha Douglas
State and Zip Code: Nebraska 68111
Telephone Number: 531-205-0498
E-mail Address: wolterholloway@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**RECEIVED**
JUL 18 2022   Page 1 of 5
CLERK
U.S. DISTRICT COURT

8:22-cv-00259-JFB-PRSE   Doc # 1   Filed: 07/18/22   Page 2 of 5 - Page ID # 2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Phone Tech
Job or Title (if known): Seller for Cell Phones At Allegis Saver
Street Address: 41st Dodge St.
City and County: Omaha Douglas
State and Zip Code: Nebraska 68131
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**
Name: Brands Recalled For Shocking People
Job or Title (if known): Cell Phones A to X Brands
Street Address: 41st Dodge / Saddlecreek Allegis Saver
City and County: Omaha Douglas
State and Zip Code: Nebraska 68131
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name: Secretary of State
Job or Title (if known): Issuing License To Sell Phones
Street Address: 41st Dodge St.
City and County: Omaha Douglas
State and Zip Code: NE 68131
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: Court of Appeal's Kwing hayes
Job or Title (if known): Clerk of Judges in Lancaster County
Street Address: P.O. Box 98910, 1445 K st
City and County: Lincoln, Douglas
State and Zip Code: Nebraska 68509
Telephone Number:
E-mail Address (if known): Neb.gov.com

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties *FCC* is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*   *Catch 22 Form act of Jurisdiction,*

[X] Federal question     [X] Diversity of citizenship    *is act of Rights of Plaintiff*

F.) *Are they right to Sell Phones that Shock the hand to Drop?*

Fill out the paragraphs in this section that apply to this case.

D.) *Are Phones Sold mainly to Aliens*

A.) **If the Basis for Jurisdiction Is a Federal Question**    C.) *of Being Black or in Poverty*

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Freedom of Speech and Expression, No Public telephones, No Independent Representation as a Right to a Private Conversation*

*Cell Phone's Do Not Come With (Watt type or Volt's hrtsings.)*

B.) **If the Basis for Jurisdiction Is Diversity of Citizenship**

D.) 1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* *Walter Holliway*, is a citizen of the State of *(name)* *Nebraska*.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* *AT&T Bell Telephone*, is incorporated under the laws of the State of *(name)* *FCC Missouri / Kansas City* and has its principal place of business in the State of *(name)* *Nebraska*.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* *Seller of the Phones*, is a citizen of the State of *(name)* *Illegal Alien of hayuage* Or is a citizen of *(foreign nation)* *N/A*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) MEGA Eswer, is incorporated under the laws of the State of (name) FCC, Wireless Speech, and has its principal place of business in the State of (name) Networks.

Or is incorporated under the laws of (foreign nation) NA,

and has its principal place of business in (name) Mego Eswer.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy  Pro Bono

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Switching Wireless to land lines Representation, he or Mega Eswer is providing communication when it is not. Say one stepping forward to do. they need proof of Guidance.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A sign in the Store of Stores That Say, DO NOT Use in Shower Area, or to be in the Rain. Electric Shock Can Occur. Place Watts / Volts or Electric Current on Each Phone Sold.

## IV. Relief  Injury of Nerology Damages Cell Phone Grounded $15,000.00 Damages

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Return Phones of Bus Company Metro to rightful owners Aquit use of Cell Phones In Court Proceedings, Recall all phones to & Warning on the label they shock people or pets.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

*Pro Bono – 50 hours to return New York Attorney Licensy and 4 other states to practice law*

Date of signing:

Signature of Attorney

Printed Name of Attorney: Walter H. Baldwsey

Bar Number: Pending

Name of Law Firm: Omaha Bar Policense Entity

Street Address: 3030 Meredith Ave

State and Zip Code: Nebraska 68111

Telephone Number

E-mail Address