IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HENDERSON HOLLOWAY, | |
| Plaintiff, | 8:22CV259 |
| vs. | |
| PHONE TECH, BRANDS RECALLED FOR SHOCKING PEOPLE, SECRETARY OF STATE, and COURT OF APPEAL'S LIVING LAWS, | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the Court on its own motion. On July 19, and August 16, 2022, the Clerk of the Court sent orders to Plaintiff at his last known address which were returned to this Court as undeliverable. See Filing No. 5; Filing No. 9. Plaintiff has an obligation to keep the court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown. IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2 The Clerk of the Court is directed to send a copy of this Memorandum and Order to both Plaintiff's last known address listed in the Complaint, Filing No. 1, and to

Plaintiff at Sienna Frances House Shelter, 1702 Nicholas St., Omaha, Nebraska 68102, see Filing No. 7, Case No. 8:22CV226.

     3.    The Clerk of the Court is further directed to set a pro se case management deadline in this case using the following text: **September 23, 2022**: check for address.

Dated this 24th day of August, 2022.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court