IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HENDERSON HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>PHONE TECH, BRANDS RECALLED FOR SHOCKING PEOPLE, SECRETARY OF STATE, and COURT OF APPEAL'S LIVING LAWS,<br><br>Defendants. | 8:22CV259<br><br>**JUDGMENT** |

Pursuant to the court's Memorandum and Order filed this date, this action is dismissed with prejudice as frivolous.

Dated this 21st day of October, 2022.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge